ELECTRONICALLY FILED
Benton County Circuit Court
Brenda DeShields, Circuit Clerk
2026-Sep-14 11:26:16
04CV-26-5212
C19WD04 : 3 Pages

**IN THE CIRCUIT COURT OF BENTON COUNTY**
**STATE OF ARKANSAS**

| | | |
|---|---|---|
| **NANCY DURAN** | ) | |
| | ) | |
| **PLAINTIFF** | ) | |
| | ) | |
| **VS.** | ) | **CASE NO.: ______________________** |
| | ) | |
| **CASEY'S GENERAL STORES, INC,** | ) | |
| | ) | |
| **DEFENDANT** | ) | |

**COMPLAINT**

COMES NOW, the Plaintiff, Nancy Duran, by and through her attorney, William J. Trentham, and for her cause of action against the Defendant Casey's General Stores, INC. and states as follows:

**Parties and Jurisdiction**

1. Plaintiff is and was at all times relevant hereto a citizen and resident of the State of Arkansas.

2. Defendant, Casey's General Stores Inc., hereinafter referred to as "Casey's" is and was at all times relevant hereto an Iowa Incorporation providing an array of merchandise, products, and services, for on and off premise consumption, to the people of Benton County, charging a fee, therefore.

3. The incident giving rise to this cause of action occurred in Benton County, Arkansas.

4. That the registered agent for service of process upon Casey's is the CT Corporation System whose last known address is 124 West Capitol, Ave. Ste.1900, Little Rock, AR 72201.

5. That this Court has jurisdiction over the subject matter and the parties hereto, and venue is proper with this Court.

## Factual Background

6. On or about September 22, 2023, Nancy Duran, was shopping in Store #3314.

7. Nancy Duran was a business invitee and, on the premises lawfully.

8. While Mrs. Duran was shopping and after she was ready to check out. She walked back to register, and, on her way, she slipped on a clear liquid.

9. At the time of the fall there were no Wet Floor signs warning invitees of the slipping hazard.

10. The resulting fall caused severe physical injury to Mrs. Duran.

## Count 1: Negligence

11. Plaintiff adopts and incorporates herein paragraphs 1-10 above, and would further allege and state as follows:

12. At all times, Plaintiff was an invitee and lawfully on the premises.

13. That Casey's has a duty to use ordinary care to keep the premises in a reasonably safe condition for the use of the Plaintiff.

14. That Casey's knew or should have known that floor was covered in a clear liquid.

15. That Casey's failed to use reasonable care to eliminate the dangers of substance in the check-out line.

16. That Casey's failure to perform the duty in a reasonable manner was the direct and proximate cause of the Plaintiff's damages.

## Damages

17. As a proximate result of these acts of negligence, Mrs. Duran, has suffered complications and injures including, but not limited to, injuring her head which caused a laceration on her scalp, permanent disability, and extreme pain and suffering.

18. As a proximate result of the negligence and reckless acts set forth herein, Nancy Duran, sustained serious and permanent injuries thereby incurring the following damages: (1) reasonable and necessary medical expenses, past and future; (2) physical pain and suffering, past and future; (3) mental pain and suffering and emotional distress, past and future (4) loss income and loss of earning capacity.

19. That Plaintiff is entitled to recover damages in an amount set by a jury, and for all elements of damages allowed by law.

**Right to Amend**

20. Plaintiffs reserve the right to file amended and substituted pleadings after further investigation and discovery.

WHEREFORE, PREMISES CONSIDERED, the Plaintiff, Nancy Duran prays for a judgment against the Defendants, in a sum and amount that will compensate her for all her damages; for costs and for all other just and proper relief to which they may entitled.

**RESPECTFULLY SUBMITTED**
**NANCY DURAN, PLAINTIFF**

By: *<u>/s/ William J. Trentham</u>*

William J. Trentham (ABA2004087)
Bicket, Matney, & Trentham
Law Partners, LLP
205 NW A St. Second Floor
Bentonville, AR 72712
479-250-0843
william@bmtlawfirm.com

**ATTORNEY'S LIEN CLAIMED**